# GROUP EXHIBIT A



# Dale Pharmacy & Surgical

108-13 Jamaica Ave.
Richmond Hill, NY 11418
**718-441-7711 Ext 21**
Fax 718-441-5596

## Your Local Source For All of Your Exam Room Supplies
### WE MATCH PRICES….WE MATCH PRICES

| Item | Size | Price | |
|---|---|---|---|
| Table Paper 21" Smooth 225' Rolls | Case of 12 | $29.99 | **Super Value** |
| Table Paper 21" Crepe 125' Rolls | Case of 12 | $21.99 | |
| Drapes 40 x 48 White | Case of 100 | $16.99 | |
| Gowns Tiss/Poly/Tiss Blue | Case of 50 | $16.99 | |
| C-Fold Towels | Case of 2400 | $22.99 | |
| Table Paper 18" Smooth 225' Rolls | Case of 12 | $27.99 | |
| Table Paper 18" Crepe 125' Rolls | Case of 12 | $19.99 | |
| Headrest Paper 12" Smooth 225' Rolls | Case of 12 | $44.99 | |
| Pillowcases Tissue/Poly White | Case of 100 | $23.99 | |
| Hand Sanitizer with Moisturizers | 8 oz | $1.99 | |
| Underpads 23 x 36 ( Chucks) | Case of 150 | $28.99 | |
| | | | |
| Nitrile Latex Free Blue Exam Gloves | Box of 100 | $6.99 | **Powder Free** |
| Vinyl Exam Gloves Powder Free | Box of 100 | $4.99 | |
| Latex Exam Gloves Powder Free | Box of 100 | $5.99 | |
| Sani-Cloth Germicidal Surface Wipes | Tub of 160 | $7.99 | |
| Bandaids Flexible Fabric ¾" or 1" | Box of 100 | $2.79 | |
| Bandaids Sheer Plastic 1" | Box of 100 | $1.99 | |
| Alcohol Prep Pads | Box of 200 | $1.99 | **Super Value** |
| Tongue Depressors Adult Non Sterile | Box of 500 | $5.49 | |
| Cotton Tipped Applicators 6" Non-Sterile | Box of 100 | $5.79 | |
| ECG RESTING TAB ELECTRODES | Box of 1000 | $49.99 | |
| Multistix 10SG | Box of 100 | $49.99 | |
| Pregnancy Test One Step | Box of 25 | $19.99 | |
| Syringe With Needle Combination 3cc | Box of 100 | $9.99 | |
| Needle Only Gauges 18-30 | Box of 100 | $5.99 | |
| Tuberculin PPD-Call for Price | 10 and 50 Tests | | |
| Cotton Balls Medium | Bag of 2000 | $8.99 | |
| Vaginal Speculas Sm/Med/Lge | Bag of 10 | $3.49 | |
| Welch Allyn Thermometer Covers | Box of 250 | $12.99 | |
| | | | |
| Ultrasound Gel | 5 Litre | $14.99 | |
| Paraffin Wax Scented or Unscented | 6lb Box | $22.99 | |
| Lidocaine 1% | 50ml | $3.19 | |

**TO ORDER CALL 718-441-7711 EXT 21**….WE ACCEPT ALL MAJOR CC'S
IF YOU WOULD LIKE TO BE REMOVED FROM THIS FAX BROADCAST CALL 800-892-0175



# Dale Pharmacy & Surgical
108-13 Jamaica Ave.
Richmond Hill, NY 11418
**718-441-7711 Ext 21**
Fax 718-441-5596

## Your Local Source For All of Your Exam Room Supplies
## WE MATCH PRICES....SHOP LOCAL AND SAVE

### Table Paper 21" Smooth 225' Rolls   Case of 12   $29.99

| | | |
|---|---|---|
| Table Paper 21" Crepe 125'   Rolls | Case of 12 | $21.99 |
| Drapes 40 x 48 White | Case of 100 | $16.99 |
| Gowns Tiss/Poly/Tiss Blue | Case of 50 | $16.99 |
| C-Fold Towels | Case of 2400 | $22.99 |
| Table Paper 18" Smooth 225' Rolls | Case of 12 | $27.99 |
| Table Paper 18" Crepe 125' Rolls | Case of 12 | $19.99 |
| Underpads 23 x 36 ( Chucks) | Case of 150 | $28.99 |

### PPD TUBERCULIN            10 TEST            $89.99
### LIDOCAINE 1 AND 2 %     IN STOCK CALL FOR PRICES

### B12 INJECTION                    AS LOW AS $1.00 A DOSE

### MMR SINGLE DOSE (MEASLES)                    $84.99

| | | |
|---|---|---|
| Nitrile Latex Free Blue Exam Gloves | Box of 100 | $6.99  Powder Free |
| Vinyl Exam Gloves Powder Free | Box of 100 | $4.99 |
| Latex Exam Gloves Powder Free | Box of 100 | $5.99 |
| Bandaids Flexible Fabric ¾" or 1" | Box of 100 | $2.79 |
| Bandaids Sheer Plastic 1" | Box of 100 | $1.99 |
| Alcohol Prep Pads | Box of 200 | $1.99  Super Value |
| Tongue Depressors Adult Non Sterile | Box of 500 | $5.49 |
| ECG  RESTING TAB ELECTRODES | Box of 1000 | $49.99 |
| Multistix 10SG | Box of 100 | $49.99 |
| Pregnancy Test One Step | Box of 25 | $19.99 |
| Syringe With Needle Combination 3cc | Box of 100 | $9.99 |
| Needle Only  Gauges 18-30 | Box of 100 | $5.99 |
| Cotton Balls Medium | Bag of 2000 | $8.99 |
| Vaginal Speculas Sm/Med/Lge | Bag of 10 | $3.49 |
| Welch Allyn Thermometer Covers | Box of 250 | $12.99 |

TO ORDER CALL 718-441-7711 EXT 21****WE ACCEPT ALL MAJOR CC'S



## Dale Pharmacy & Surgical
108-13 Jamaica Ave.
Richmond Hill, NY 11418
718-441-7711 EXT 21
Fax 718-441-5596

### Free Delivery On All Orders Over $100.00
### Shop Local And Save On Your Most Frequently Used Products!

| Product | Unit | Price |
|---|---|---|
| TABLE PAPER 21" SMOOTH 225 FOOT ROLLS | CASE OF 12 | $29.99 |
| TABLE PAPER 21 " CREPE 125 FOOT ROLLS | CASE OF 12 | $21.99 |
| TABLE PAPER 18" SMOOTH 225 FOOT ROLLS | CASE OF 12 | $27.99 |
| TABLE PAPER 18'CREPE 125 FOOT ROLL | CASE OF 12 | $19.99 |
| DRAPES 40 X 48 WHITE | CASE OF 100 | $16.99 |
| GOWNS TISSUE-POLY-TISSUE BLUE | CASE OF 50 | $16.99 |
| C-FOLD TOWELS | CASE OF 2400 | $22.99 |
| PILLOW CASES TISS/POLY WHITE | CASE OF 100 | $23.99 |

## Exam Glove Sale

| Product | Unit | Price |
|---|---|---|
| Latex Exam Gloves Powder Free | Box of 100 | $5.99 |
| Vinyl Exam Gloves Powder Free | Box of 100 | $4.99 |
| Nitrile Exam Gloves Powder Free ( Blue ) | Box of 100 | $6.99 |

## Vaccines and Injectables

# FLU VACCINE IS NOW IN STOCK
# CALL FOR PRICE

| Product | Unit | Price |
|---|---|---|
| KENALOG 40MG | 10ML | $79.99 |
| PPD TUBERCULIN | 10 TEST | $89.99 |
| TDAP | SINGLE | $53.99 |
| PNUEMOVAX | SINGLE | $109.99 |
| MMR | SINGLE | $84.99 |
| HEPATITUS B ADULT | SINGLE | $69.99 |

**1CC TUBERCULIN SYRINGE WITH NEEDLE 25, 26 AND 27 GAUGE $10.99**

| ALCOHOL PADS | BOX OF 200 | $1.99 |
|---|---|---|
| GAUZE 2 X 2 8PLY | SLEEVE OF 200 | $1.49 |

IF YOU WOULD LIKE TO BE REMOVED FROM OUR FAX LIST CALL 800-892-0175



# Dale Pharmacy & Surgical
108-13 Jamaica Ave.
Richmond Hill, NY 11418
718-441-7711 EXT 21
Fax 718-441-5596

**Free Delivery On All Orders Over $100.00**
**Shop Local And Save On Your Most Frequently Used Products!**

| | | |
|---|---|---|
| TABLE PAPER 21" SMOOTH 225 FOOT ROLLS | CASE OF 12 | $29.99 |
| TABLE PAPER 21 " CREPE 125 FOOT ROLLS | CASE OF 12 | $21.99 |
| TABLE PAPER 18" SMOOTH 225 FOOT ROLLS | CASE OF 12 | $27.99 |
| TABLE PAPER 18'CREPE 125 FOOT ROLL | CASE OF 12 | $19.99 |
| DRAPES 40 X 48 WHITE | CASE OF 100 | $16.99 |
| GOWNS TISSUE-POLY-TISSUE BLUE | CASE OF 50 | $16.99 |
| C-FOLD TOWELS | CASE OF 2400 | $22.99 |
| PILLOW CASES TISS/POLY WHITE | CASE OF 100 | $23.99 |

## Exam Glove Sale

| | | |
|---|---|---|
| Latex Exam Gloves Powder Free | Box of 100 | $5.99 |
| Vinyl Exam Gloves Powder Free | Box of 100 | $4.99 |
| Nitrile Exam Gloves Powder Free ( Blue ) | Box of 100 | $6.99 |

## Vaccines and Injectables

# FLU VACCINE IS NOW IN STOCK CALL FOR PRICE

| | | |
|---|---|---|
| KENALOG 40MG | 10ML | $79.99 |
| PPD TUBERCULIN | 10 TEST | $89.99 |
| TDAP | SINGLE | $53.99 |
| PNUEMOVAX | SINGLE | $109.99 |
| MMR | SINGLE | $84.99 |
| HEPATITUS B ADULT | SINGLE | $69.99 |

**1CC TUBERCULIN SYRINGE WITH NEEDLE 25, 26 AND 27 GAUGE $10.99**

| | | |
|---|---|---|
| ALCOHOL PADS | BOX OF 200 | $1.99 |
| GAUZE 2 X 2 8PLY | SLEEVE OF 200 | $1.49 |

IF YOU WOULD LIKE TO BE REMOVED FROM OUR FAX LIST CALL 800-892-0175