# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Bruce E. Katz, M.D., P.C., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01876-WFK-SJB |
| Dale Pharmacy & Surgical, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bruce E. Katz, M.D., P.C. and the alleged Class.

Date: 05/09/2020

/s/ Patrick H. Peluso
*Attorney's signature*

Patrick H. Peluso (Colo. Bar No. 47642)
*Printed name and bar number*

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
*Address*

ppeluso@woodrowpeluso.com
*E-mail address*

(720) 213-0676
*Telephone number*

(303) 927-0809
*FAX number*