| | | |
|---|---|---|
| 516-294-6260<br>212-570-2232<br>Fax 516-307-8410<br>mpremisler@premisterlaw.com | *Law Offices*<br>**Michael M. Premisler**<br>One Old Country Road<br>Suite 295<br>Carle Place, New York 11514 | *New York City Office*<br>444 East 82nd Street<br>New York, New York 10028<br>By Appointment Only<br>Toni Buttafuoco, Paralegal<br>tbuttafuoco@premisterlaw.com |

June 2, 2020

Honorable William Francis Kuntz
Eastern District of New York

        Re: Katz v. Dale Pharmacy & Surgical, Inc.
           Case No.: 20-cv-01876-WFK-SJB

Honorable Sir:

  On behalf of Defendant, Dale Pharmacy & Surgical, Inc., as a result of Covid-19, we are requesting an extension of time until June 30, 2020 to answer the within Complaint.

  Plaintiff's counsel, Shawn Kassman, Esq., has consented to this adjournment.

            Very truly yours,

            MICHAEL M. PREMISLER, ESQ.

MMP/tb