Law Offices
**Michael M. Premisler**
One Old Country Road
Suite 295
Carle Place, New York 11514

516-294-6260
212-570-2232
Fax: 516-307-8410
mpremisler@premislerlaw.com

New York City Office
444 East 82nd Street
New York, New York 10028
By Appointment Only

Toni Buttafuoco, Paralegal
tbuttafuoco@premislerlaw.com

July 1, 2020

Honorable William Francis Kuntz
United States District Court Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                              Re:    Katz v. Dale Pharmacy & Surgical, Inc.
                                        Case No.: 20-cv-01876-WFK-SJB

Honorable Sir:

       On June 25, 2020, you granted Defendant Dale Pharmacy & Surgical, Inc. permission to make a Motion to Dismiss pursuant to Rule 12(b)6 of the Federal Rules of Civil Procedure. By prior Order dated June 23, 2020, you directed a scheduling Conference for July 10, 2020 at 11:30 a.m. by telephone. Defendant requests that the scheduling conference be adjourned until a date after the Motions are decided. The need for discovery and the type of discovery will be affected by your decision on that Motion.

       Your anticipated cooperation is greatly appreciated.

                                                                Respectfully yours,

                                                                MICHAEL M. PREMISLER, ESQ.

MMP/tb

The application is _____ granted.
SO ORDERED   ✓ denied.

_____ s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 1, 2020
Brooklyn, New York