UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
**BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,

       *Plaintiff*,

v.

**DALE PHARMACY & SURGICAL, INC.,**

       *Defendant*.
-------------------------------------------------------X

Case No. 20-cv-01876-WFK-SJB

PROPOSED DISCOVERY PLAN

Plaintiff Bruce E. Katz, M.D., P.C. d/b/a Juva Skin and Laser Center ("Juva" or "Plaintiff") and Defendant Dale Pharmacy & Surgical, Inc. ("Dale Pharmacy" or "Defendant") submit the following proposed Discovery Plan, based on the Court's Discovery Plan Worksheet.

| PHASE 1 | PROPOSED DATE |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures | **July 17, 2020** |
| Completion of Phase 1 Discovery | **September 11, 2020** |
| Initial settlement conference | **Week of September 21-25, 2020** |

| PHASE 2 | PROPOSED DATE |
|---|---|
| Motion to join new parties or amend pleadings | **October 12, 2020** |
| First requests for production of documents and for interrogatories due | **October 27, 2020** |
| All fact discovery completed | **March 1, 2021** |

| PHASE 2 | PROPOSED DATE |
|---|---|
| Plaintiff's Motion for Class Certification Due | **March 15, 2021** |
| Exchange of expert reports | **April 1, 2021** |
| Expert deposition deadline | **May 1, 2021** |
| Completion of all discovery | **May 1, 2021** |
| Final date to take first step in dispositive motion practice | **June 1, 2021** |
| Referral to mediation program | **No** |

Undersigned counsel certifies that Michael Premisler, counsel for Defendant, consented to the filing of this proposed schedule.

                                        Respectfully Submitted,

**BRUCE E. KATZ, M.D., P.C., d/b/a JUVA SKIN AND LASER CENTER**, individually and on behalf of class of similarly situated individuals

Dated: July 2, 2020                      By:   /s/ Patrick H. Peluso

Shawn Kassman
shawnkassman@centralisliplawyer.com
Law Office of Shawn Kassman, Esq. PC
110 Carleton Avenue
Central Islip, New York 11722
Tel: 631-232-9479
Fax: 631-232-9489

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC

        3900 E Mexico Avenue, Suite 300  
        Denver, CO 80210  
        Tel: 720.213.0675  
        Fax: 303.927.0809

*Pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on July 2, 2020.

/s/ Patrick H. Peluso