516-294-6260
212-570-2232
Fax 516-307-8410
mpremisler@premislerlaw.com

Law Offices
Michael M. Premisler
One Old Country Road
Suite 295
Carle Place, New York 11514

New York City Office
444 East 82nd Street
New York, New York 10028
By Appointment Only

Toni Buttafuoco, Paralegal
tbuttafuoco@premislerlaw.com

August 13, 2020

Honorable William Francis Kuntz
United States District Court Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                    Re:    Katz v. Dale Pharmacy & Surgical, Inc.
                            Case No.:  20-cv-01876-WFK-SJB

Honorable Sir:

       We apologize for our error.  We included copies of the motion papers with our letter to you acknowledging service.

                                            Respectfully yours,

                                            MICHAEL M. PREMISLER, ESQ.

MMP/ tb
Cc:
Shawn Kassman
*Attorney for Plaintiff*
shawnkassman@centralisliplawyers.com
Patrick H. Peluso
Taylor T. Smith
WOODROW & PELUSO, LLC
2900 E. Mexico Avenue, Suite 300
Denver, CO  80210
(720) 213-0675
peluso@woodrowpeluso.com
tsmith@woodrowpeluso.com