

September 18, 2020

*Via ECF to*:
Hon. William F. Kuntz, II
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**    ***Bruce E. Katz, M.D., P.C. v. Dale Pharmacy & Surgical, Inc.***

Dear Judge Kuntz:

    Plaintiff Bruce E. Katz, M.D., P.C. hereby provides notice that it has served its response to Defendant's Motion to Dismiss in accordance with Your Honor's June 25, 2020 Order. Once the motion is fully briefed, the brief and accompanying exhibit will be electronically filed by 5:00 P.M. on October 16, 2020.

                                             Respectfully submitted,

                                         By: */s/ Patrick H. Peluso*

                                           Patrick H. Peluso
                                           ppeluso@woodrowpeluso.com
                                           Woodrow & Peluso, LLC
                                           3900 E. Mexico Avenue, Suite 300
                                           Denver, Colorado 80210
                                           Tel: 720-213-0676
                                           Fax: 303-927-0809