*Law Offices*
**Michael M. Premisler**
One Old Country Road
Suite 295
Carle Place, New York 11514

516-294-6260
212-570-2232
Fax 516-307-8410
mpremisler@premislerlaw.com

*New York City Office*
444 East 82nd Street
New York, New York 10028
By Appointment Only

Toni Buttafuoco, Paralegal
tbuttafuoco@premislerlaw.com

October 19, 2020

Honorable William Francis Kuntz
United States District Court Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:  Katz v. Dale Pharmacy & Surgical, Inc.
               Case No.: 20-cv-01876-WFK-SJB

Honorable Sir:

   I sincerely apologize for the confusion we had in filing the Motion documents in this matter. Our Motion, Memorandum in Support, Affidavit and Rule 68 Offer were filed on August 16, 2020. We communicated with you at that time and apologized for filing those documents early. On Friday, October 16, 2020, the Plaintiff filed his Memorandum in Opposition to our Motion and we filed our Memorandum in Reply and in Further Support of the Motion. Because we were having difficulty with our computers and were locked out of PACER, I asked Plaintiff's counsel to file all the motion papers. He was kind enough to do so. Once again I sincerely apologize for the confusion we had in filing these papers.

   I am available if anyone needs any additional information. I am

                    Respectfully yours,

                    MICHAEL M. PREMISLER, ESQ.

MMP/ tb
cc:  Shawn Kassman
    *Attorney for Plaintiff*
    shawnkassman@centralisliplawyers.com
    Patrick H. Peluso
    Taylor T. Smith
    WOODROW & PELUSO, LLC
    2900 E. Mexico Avenue, Suite 300
    Denver, CO 80210
    (720) 213-0675
    peluso@woodrowpeluso.com
    tsmith@woodrowpeluso.com