

March 15, 2021

***Via ECF to*:**
Hon. William F. Kuntz, II
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    ***Bruce E. Katz, M.D., P.C.  v. Dale Pharmacy & Surgical, Inc.***

Dear Judge Kuntz:

    Plaintiff Bruce E. Katz, M.D., P.C. hereby provides notice that it has served its Motion For Class Certification in accordance with Your Honor's June 25, 2020 Order. Once the motion is fully briefed, the brief and accompanying exhibit will be electronically.

        Respectfully submitted,

        By: */s/ Patrick H. Peluso*

        Patrick H. Peluso
        ppeluso@woodrowpeluso.com
        Woodrow & Peluso, LLC
        3900 E. Mexico Avenue, Suite 300
        Denver, Colorado 80210
        Tel: 720-213-0676
        Fax: 303-927-0809