*Law Offices*
*Michael M. Premisler*
One Old Country Road
Suite 295
Carle Place, New York 11514

516-294-6260
212-570-2232
Fax 516-307-8410
mpremisler@premislerlaw.com

New York City Office
444 East 82nd Street
New York, New York 10028
By Appointment Only

Toni Buttafuoco, Paralegal
tbuttafuoco@premislerlaw.com

April 15, 2021

Honorable William Francis Kuntz, II
United States District Court Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Katz v. Dale Pharmacy & Surgical, Inc.
      Case No.:  20-cv-01876-WFK-SJB

Dear Judge Kuntz:

Pursuant to the discovery schedule submitted by the parties and your Order of July 10, 2020, Plaintiff has served his Motion for Class Action Status.  The parties submit the following briefing schedule for your approval.  Defendants to submit opposition by May 5, 2021 and Plaintiff to reply by May 20, 2021.  Pursuant to your rules, a complete copy of all the papers will then be forwarded to you.

Thank you for your courtesies and cooperation.

Respectfully yours,

MICHAEL M. PREMISLER, ESQ.

MMP/ tb
Cc:   Shawn Kassman
      *Attorney for Plaintiff*
      shawnkassman@centralisliplawyers.com
      Patrick H. Peluso
      Taylor T. Smith
      WOODROW & PELUSO, LLC
      2900 E. Mexico Avenue, Suite 300
      Denver, CO  80210
      peluso@woodrowpeluso.com
      tsmith@woodrowpeluso.com