| | | |
|---|---|---|
| 516-294-6260<br>212-570-2232<br>Fax 516-307-8410<br>mpremisler@premislerlaw.com | Law Offices<br>**Michael M. Premisler**<br>One Old Country Road<br>Suite 295<br>Carle Place, New York 11514 | New York City Office<br>444 East 82nd Street<br>New York, New York 10028<br>By Appointment Only<br>Toni Buttafuoco, Paralegal<br>tbuttafuoco@premislerlaw.com |

April 15, 2021

Honorable William Francis Kuntz, II
United States District Court Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                          Re:    Katz v. Dale Pharmacy & Surgical, Inc.
                                     Case No.: 20-cv-01876-WFK-SJB

Dear Judge Kuntz:

       Pursuant to the discovery schedule submitted by the parties and your Order of July 10, 2020, Plaintiff has served his Motion for Class Action Status. The parties submit the following briefing schedule for your approval. Defendants to submit opposition by May 5, 2021 and Plaintiff to reply by May 20, 2021. Pursuant to your rules, a complete copy of all the papers will then be forwarded to you.

       Thank you for your courtesies and cooperation.

                                                    Respectfully yours,

                                                    MICHAEL M. PREMISLER, ESQ.

MMP/ tb
Cc:    Shawn Kassman
          *Attorney for Plaintiff*
          shawnkassman@centralisliplawyers.com
          Patrick H. Peluso
          Taylor T. Smith
          WOODROW & PELUSO, LLC
          2900 E. Mexico Avenue, Suite 300
          Denver, CO 80210
          peluso@woodrowpeluso.com
          tsmith@woodrowpeluso.com

The proposed briefing schedule is hereby APPROVED.

SO ORDERED.
_____s/ WFK_____
Hon. William F. Kuntz, II United States District Judge

Dated: April 16, 2021
Brooklyn, New York