UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------X<br>**BRUCE E. KATZ, M.D., P.C., D/B/A JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>**DALE PHARMACY & SURGICAL, INC.,**<br><br>   *Defendant*.<br>---------------------------------------------------------X | Case No. 20-cv-01876-WFK-SJB<br><br>NOTICE OF SETTLEMENT |

  Plaintiff hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's individual claims will be dismissed with prejudice.

2. The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed by May 6, 2022.

Respectfully Submitted,

                  **BRUCE E. KATZ, M.D., P.C., d/b/a JUVA**
                  **SKIN AND LASER CENTER**, individually and
                  on behalf of class of similarly situated individuals

Dated: April 15, 2022       By: /s/ Patrick H. Peluso

                  Patrick H. Peluso*
                  ppeluso@woodrowpeluso.com
                  Taylor T. Smith*

tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
Tel: 720.213.0675
Fax: 303.927.0809


*Pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on April 15, 2022.

/s/ Patrick H. Peluso